# U.S. Bankruptcy Court
## District of Maryland (Baltimore)
### Bankruptcy Petition #: 22−11093

*Assigned to:* Judge David E. Rice
Chapter 13
Voluntary
Asset

*Date filed:* 03/04/2022
*341 meeting:* 04/15/2022
*Deadline for filing claims:* 05/13/2022
*Deadline for filing claims (govt.):* 08/31/2022

Case Administrator:   Amanda Kaniowski
Team 3 Phone:   410−962−0794

*Debtor*
**Dasheena Lynette Drake**
PO Box 233
Owings Mills, MD 21117
BALTIMORE(COUNTY,NOT CITY)−MD
SSN / ITIN: xxx−xx−1179
*aka* **Dasheena L Belin**

represented by **Candy L. Thompson**
Candy L. Thompson, LLC
201 N. Charles St., Ste. 804
Baltimore, MD 21201
(410) 385−2626
Fax : (410) 244−0750
Email: cthompson@candythompsonlaw.com

*Trustee*
**Gerard Richard Vetter**
Gerard R. Vetter, Interim Chapter 13 Trustee
300 E. Joppa Road
Suite 409
Towson, MD 21286
410−825−5923
Fax : (410) 825−5904
Email: ECF@ch13balt.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/04/2022 | 1 | Chapter 13 Voluntary Petition Individual. Fee Amount $268 Filed by Dasheena Lynette Drake. Government Proof of Claim due by 08/31/2022. Section 521(i)(1) Incomplete Filing date: 04/18/2022. (Thompson, Candy) (Entered: 03/04/2022) |
| 03/04/2022 | 2 | Social Security Number Verification Page on behalf of Dasheena Lynette Drake Filed by Candy L. Thompson. (Thompson, Candy) (Entered: 03/04/2022) |
| 03/04/2022 | 3 | Disclosure of Compensation of Attorney for Debtor Filed by Candy L. Thompson. (Thompson, Candy) (Entered: 03/04/2022) |
| 03/04/2022 | 4 | Application to Pay Filing Fee in Installments Filed by Dasheena Lynette Drake. (Thompson, Candy) (Entered: 03/04/2022) |
| 03/04/2022 | 5 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C−1 Disposable Income Is Not Determined Filed by Candy L. Thompson. (Thompson, Candy) (Entered: 03/04/2022) |
| 03/04/2022 | 6 | Certificate of Credit Counseling on Behalf of Dasheena Lynette Drake Filed by Candy L. Thompson. (Thompson, Candy) (Entered: 03/04/2022) |
| 03/04/2022 | 7 | |

| | | | |
|---|---|---|---|
| | | | Chapter 13 Plan Filed by Dasheena Lynette Drake. (Thompson, Candy) (Entered: 03/04/2022) |
| 03/04/2022 | | | Receipt of filing fee for Voluntary Petition (Chapter 13)( 22−11093) [misc,volp13a] ( 268.00). Receipt number A39315284. Fee amount 268.00 (re: Doc # 1) (U.S. Treasury) (Entered: 03/04/2022) |
| 03/04/2022 | | 8 | Initial Statement About an Eviction Judgment , Statement About Payment of Eviction Judgment Filed by Dasheena Lynette Drake . (Kaniowski, Amanda) (Entered: 03/04/2022) |
| 03/04/2022 | | 9 | Meeting of Creditors & Notice of Appointment of Trustee Vetter, Gerard Richard with 341(a) meeting to be held on 4/15/2022 at 09:30 AM virtually, by ZoomGov or conference call. See the 341 meeting notice for participation information. Confirmation to be held on 5/10/2022 at 02:00 PM. Contact case trustee for hearing information. Objection to Dischargeability of Certain Debts due 6/14/2022. Proofs of Claims due by 5/13/2022. (Entered: 03/04/2022) |
| 03/04/2022 | | | Hearing Set On (related document(s)7 Chapter 13 Plan filed by Debtor Dasheena Lynette Drake). Confirmation hearing to be held on 5/10/2022 at 02:00 PM. Contact case trustee for hearing information. (Kaniowski, Amanda) (Entered: 03/04/2022) |