# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:  Case No.: **22–11093 – DER**  Chapter: **13**

**Dasheena Lynette Drake**
Debtor

## NOTICE

To Debtor, Lessor, and Lessor's Attorney:

The enclosed certified copy of the docket sheet / order is provided to indicate:

Docket Report Pursuant to Title 11 U.S.C. Sec. 362(l)(4)(B) – (The Clerk of the court shall immediately serve upon the lessor and the debtor a certified copy of the docket indicating the absence of a filed certification and the applicability of the exception to the stay under subsection (b)(22)).

Dated: 3/4/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Amanda Kaniowski
410–962–4104

Form ntccert